UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICARDO PAYAMPS,

                  Plaintiff,

                  -against-                  Case No. 15-CV-1308 (SLT)(RML)

KHALIL DELI & GROCERY, INC., and          **STIPULATION**
KHALIL AL FALHANI,

                  Defendants.
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for Plaintiff, RICARDO PAYAMPS, and the attorneys for Defendants, KHALIL DELI & GROCERY, INC., and KHALIL AL FALHANI, that Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to April 29, 2015.

No previous request for an extension of time for Defendants to respond to Plaintiff's Complaint has been made in the instant action.

April 8, 2015

THE HARMAN FIRM, PC
*Attorneys for Plaintiff*

By: _____
Walker G. Harman, Jr., Esq.
1776 Broadway, Suite 2030
New York, New York 10019
(212) 425-2600
wharman@theharmanfirm.com

April 9, 2015

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendants*

By: _____
Keith Gutstein, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100
kgutstein@kdvlaw.com

**SO ORDERED:**

_____
U.S.D.J.

4842-3384-3235, v. 1