UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RICARDO PAYAMPS,

                Plaintiff,

   -against-

KHALIL DELI & GROCERY, INC., and
KHALIL AL FALHANI,

                Defendants.
-------------------------------------------------------------------X

Case No. Case No. 15-cv-01308 (SLT) (RML)

**RULE 7.1 DISCLOSURE**

      Defendants, KHALIL DELI & GROCERY, INC., being a nongovernmental corporate party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and states as follows:

      KHALIL DELI & GROCERY, INC. is not a publicly held or traded corporation, is not a wholly owned subsidiary of any publicly held or traded corporation, and is not a publicly held corporation owning 10% or more of its respective stock.

Dated: April 29, 2015
       Woodbury, New York

**KAUFMAN DOLOWICH & VOLUCK, LLP**

By:     /s/ Keith Gutstein
       Keith Gutstein
       Kgutstein@kdvlaw.com
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Fax: (516) 681-1101
*Attorneys for Defendants*

CC:   All Counsel of Record (*via ECF*)