Approved
/s/ Robert M. Levy
7/25/15

# INITIAL CONFERENCE QUESTIONNAIRE

CASE NAME: Payamps v. Khalil Deli + Grocery Inc et al. DOCKET NO.: 15-CV-1308

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __7/23/2015__

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by:
   plaintiff(s) __0__ and defendant(s) __0__

3. Maximum number of requests for admission by: plaintiff(s) __25__ and defendant(s) __25__

4. Number of depositions by plaintiff(s) of: parties ____ non-parties ____ 4 total

5. Number of depositions by defendant(s) of: parties ____ non-parties ____ 4 total

6. Time limits for depositions: __7 hrs.__

7. Date for completion of factual discovery: __11/20__

8. Number of expert witnesses of plaintiff(s): __0__ medical __0__ non-medical
   Date for expert report(s): __10/21__

9. Number of expert witnesses of defendant(s): __0__ medical __0__ non-medical
   Date for expert report(s): __10/21__

10. Date for completion of expert discovery: __11/20__

11. Time for amendment of the pleadings by plaintiff(s) __7/30__ or by defendant(s) __7/30__

12. Number of proposed additional parties to be joined by plaintiff(s) __0__ and by defendant(s) ____ and time for completion of joinder: _____

13. Types of contemplated dispositive motions: plaintiff(s): __SJ__
    defendant(s): __SJ__

14. Dates for filing contemplated dispositive motions: plaintiff(s): __12/21/2015__
    defendant(s): __12/21/2015__

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.
    The parties believe that no separate agreement on ESI discovery will be necessary.

16. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___ No ✓

17. This case should be ordered to arbitration at the close of discovery __No__ (yes/no)

18. This case should be ordered to mediation (now or at a later date) __No__ (yes/no)
    (Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)

---

* The fillable consent form AO 85 may be found at https://www.nyed.uscourts.gov/forms/all-forms/general_forms and may be filed electronically upon completion prior to the initial conference, or brought to the initial conference and presented to the Court for processing.